UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LUCIANA DODD, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| KILOLO KIJAKAZI, | ) No. 4:22-CV-00005-RN |
| *Acting Commissioner of Social Security,* | ) |
| Defendant. | ) |

**Decision by Court.**

**This matter is before the Court on cross motions for judgment on the pleadings.**

**IT IS ORDERED ADJUDGED AND DECREED** that the court grants Dodd's motion (D.E. 15), denies Kijakazi's motion (D.E. 22), and remands the matter to the Commissioner for further consideration. This action is dismissed.

This Judgment Filed and Entered on January 5, 2023 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Carson N. Brewer
(By): Carson N. Brewer, Deputy Clerk